```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _05/01/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRED ALSTON, as a Trustee of THE LOCAL 272
LABOR-MANAGEMENT PENSION FUND;
FRED ALSTON, as a Trustee of THE LOCAL 272
WELFARE FUND,

                Plaintiffs,

-against-

CENTERPARK SERVICES LLC, CENTERPARK
MANAGEMENT LLC, CENTERPARK LLC,

                Defendants.

24 Civ. 634 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      In their proposed case management plan, the parties indicate that they consent to the jurisdiction of the Magistrate Judge. ECF No. 20 ¶ 1.

      Accordingly, by **May 6, 2024**, the parties shall either (1) file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://nysd.uscourts.gov/node/754, or (2) file a letter indicating whether the consent to the magistrate judge's jurisdiction was in error.

      SO ORDERED.

Dated: May 1, 2024
       New York, New York

                                          ANALISA TORRES
                                  United States District Judge